IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS**<br><br>*Plaintiff,*<br><br>v.<br><br>**HARVARD PILGRIM HEALTH CARE, INC., AND HEALTH PLANS, INC.**<br><br>*Defendants*. | **CIVIL ACTION NO. 24-158** |

**ORDER RE: MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, this 14th day of October 2025, upon consideration of Defendant HPI's Motion for Summary Judgment (ECF 46), Renewed Motion for Summary Judgment (ECF 76), Plaintiff's responses (ECF 54, ECF 72, ECF 78), and Defendant HPI's replies thereto (ECF 67, ECF 80), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that:

1. Summary Judgment is **GRANTED** in favor of Defendant HPI on Count I (Breach of Contract) and Count IV (Quantum Meruit / Unjust Enrichment);

2. Count I of the Second Amended Complaint (Breach of Contract) is **DISMISSED**;

3. Count IV of the Second Amended Complaint (Quantum Meruit / Unjust Enrichment) is **DISMISSED**;

4. Defendant HPI's Motion to Dismiss pursuant to Fed. R. Civ. P. 41(b) is **DENIED as moot**.

The Clerk of the Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

---

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-158 Abira Med Lab v. Health Plans INc\24cv158 Order on MSJ.docx